ETHEL LONDON, Respondent, v. HERMAN M. HESSBERG, Individually, and as

Sheriff of the County of Kings, Defendant, Impleaded with ARNOLD M. SCHMIDT and Another, as Executors, etc., of HERMAN M. HESSBERG, Deceased, Appellants.*— Order granting motion to continue action against executors affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur. [147 Misc. 719.]